Mildred E. Magill, Executrix of Last Will of Clark R. W. Magill, M. D., Deceased, Appellee, v. Paul P. George, Appellant.

Gen. No. 46,038. (Abstract of Decision.)

John J. Maciejewski, for appellant; Charles D. Snewind, of counsel; Francis J. Gariepy, for appellee; John Spaulding, of counsel. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed December 22, 1953; rehearing denied and additional opinion filed February 18, 1954; released for publication February 19, 1954.

Joseph Hutton, Appellee, v. Morgan Packing Company, Appellant.

Gen. No. 46,119. (Abstract of Decision.)

Crowe & Abrahamson, for appellant; Burt A. Crowe, of counsel; Earl Little, Marion J. Hannigan, Warren Hickey, and Edward Wolfe, for appellee;